UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR03-0103-TSZ |
| Plaintiff, ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| NATASHA MARIE SARDEN, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |

An initial appearance on a petition for violation of supervised release in this case was scheduled before me on July 13, 2005. The United States was represented by Assistant United States Attorney Joanne Maida, and the defendant by Mr. Ralph Hurvitz. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about June 20, 2003, by the Honorable Thomas S. Zilly, on charges of bank fraud and impeding a federal officer, and sentenced to thirty (30) months in prison and five (5) years of supervised release.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws, and with the standard conditions of supervision. Other special conditions included substance-abuse and mental-health treatment, financial disclosure, submitting to search, maintaining a single checking account, inspection of any personal computer, obtaining no new credit, obtaining no identification in any name other than her own, cooperation with the Internal Revenue Service, and restitution.

In an Petition for Warrant or Summons dated June 6, 2005, U.S. Probation Officer Felix Calvillo, Jr., alleged the following violations of the conditions of supervised release:

1. Consuming marijuana and alcohol on or about April 5, 2005, in violation of the general and special condition that she refrain from any unlawful use of a controlled substance, and that she abstain from using alcohol or other intoxicants, this being in violation of standard condition #7.

2. Committing the crime of providing false information to police in King County, Washington, on or about April 14, 2005, in violation of the general condition that she not commit a federal, state, or local crime.

The defendant was advised in full as to those charges and as to her constitutional rights.

The defendant admitted to violation No. 1, and waived any evidentiary hearing as to whether it occurred. The defendant denied violation No. 2, and requested an evidentiary hearing on the alleged violation before the undersigned Magistrate Judge.

On July 21, 2005, an evidentiary hearing on violation No. 2 was scheduled. At the time of the hearing, defendant was advised in full as to the charge and as to her constitutional rights. Defendant admitted to violation No. 2.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a disposition hearing on violations No. 1 and No. 2. A final hearing as to any sentence for violation of supervised release has been set before The Hon. Thomas S. Zilly, on August 11, 2005, at 10:30 a.m.

Pending a final determination by the Court, defendant has been released subject to the provisions of her supervised release.

DATED this 27th day of July, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         The Hon. Thomas S. Zilly
     AUSA:                   Ms. Joanne Maida
     Defendant's attorney:   Mr. Ralph Hurvitz
     Probation officer:      Mr. Felix Calvillo, Jr.